1  LAW OFFICES OF
   DANIEL V. BEHESNILIAN
2  DANIEL V. BEHESNILIAN, ESQ., State Bar No. 075805
   8665 Wilshire Blvd., Suite 410
3  Beverly Hills, Ca. 90211
   Tel: (310) 854-6972
4  Fax: (310) 854-0128

5

6  Attorneys for Defendant MIKHAIL VOLOVNIKOV

7

8

9

10               **IN THE UNITED STATES DISTRICT COURT**

11               **FOR THE EASTERN DISTRICT OF CALIFORNIA**

12 UNITED STATES OF AMERICA,    )   **Case No: CR 03-346 WBS**
                                )
13                              )   STIPULATION TO CONTINUE
             Plaintiff,         )   SENTENCING HEARING FROM
14                              )   MAY 25, 2005 TO JULY
       vs.                      )   27, 2005;  [PROPOSED]
15                              )   ORDER
   MIKHAIL VOLOVNIKOV,          )
16                              )
                                )
17           Defendant.         )
   _____)
18

19                           **STIPULATION**

20     WHEREFORE, upon showing of good cause, the UNITED STATES OF

21 AMERICA, represented by DANIEL S. LINHARDT, Assistant United States

22 Attorney, and Defendant MIKHAIL VOLOVNIKOV, represented by DANIEL

23 V. BEHESNILIAN, do hereby stipulate to the following:

24     That, this matter is currently set for Sentencing Hearing

25 on May 25, 2005, at 9:00 a.m., before the Honorable William B.

26 Shubb;

27     That, counsel for Defendant and the Government have been, and

28 continue to be, engaged in ongoing plea discussion and as such will

                                1

1  require additional time for a potential disposition in this matter.

2  That, based on the foregoing, this matter be continued to **July 27, 2005 at 9:00 a.m**. or thereafter as convenient to the Court.

4  That, Defendant personally appear for sentencing on July 27, 2005, or to a date thereafter as convenient to the Court.

6  SO STIPULATED.

7  Dated: May 19, 2005                     Signature authorized by Mr. Linhardt via telephone on 5/18/05
                                           _____/s/_____
                                           DANIEL S. LINHARDT
                                           Assistant U.S. Attorney

11 Dated: May 19, 2005                     _____/s/_____
                                           DANIEL V. BEHESNILIAN
                                           Attorney for Defendant
                                           MIKHAIL VOLOVNIKOV

15                                **ORDER**

16 GOOD CAUSE NOW appearing, it is hereby ordered that this matter be set for a hearing for the purposes of Sentencing on **July 27, 2005, at 9:00 a.m. in the Courtroom of The Honorable William B. Shubb** and that Defendant MIKHAIL VOLOVNIKOV personally appear before this Court, on the above date and time.

21 SO ORDERED.

22 Dated: May 20, 2005

                                           _____
                                           WILLIAM B. SHUBB
                                           UNITED STATES DISTRICT JUDGE