**LAW OFFICES OF**
**DANIEL V. BEHESNILIAN**
DANIEL V. BEHESNILIAN, ESQ., State Bar No. 075805
8665 Wilshire Blvd., Suite 410
Beverly Hills, Ca. 90211
Tel: (310) 854-6972
Fax: (310) 854-0128

Attorneys for Defendant MIKHAIL VOLOVNIKOV

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | ) | **Case No: CR 03-346 WBS** |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING HEARING FROM |
| | ) | JULY 27, 2005 TO |
| vs. | ) | SEPTEMBER 7, 2005; |
| | ) | [PROPOSED] ORDER |
| MIKHAIL VOLOVNIKOV, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

WHEREFORE, upon showing of good cause, the UNITED STATES OF AMERICA, represented by DANIEL S. LINHARDT, Assistant United States Attorney, and Defendant MIKHAIL VOLOVNIKOV, represented by DANIEL V. BEHESNILIAN, do hereby stipulate to the following:

That, this matter is currently set for Sentencing Hearing on July 27, 2005, at 9:00 a.m., before the Honorable William B. Shubb;

That, counsel for Defendant and the Government have been, and continue to be, engaged in ongoing plea discussion and as such will

require additional time for a potential disposition in this matter.

That, based on the foregoing, this matter be continued to **September 7, 2005 at 9:00 a.m.** or thereafter as convenient to the Court.

That, Defendant personally appear for sentencing on September 7, 2005, or to a date thereafter as convenient to the Court.

SO STIPULATED.

Dated: July 18, 2005

Signature authorized by Mr. Linhardt via telephone on 7/18/05

_____/s/_____
DANIEL S. LINHARDT
Assistant U.S. Attorney

Dated: July 18, 2005                          _____/s/_____
DANIEL V. BEHESNILIAN
Attorney for Defendant
MIKHAIL VOLOVNIKOV

**ORDER**

GOOD CAUSE NOW appearing, it is hereby ordered that this matter be set for a hearing for the purposes of Sentencing on **September 7, 2005, at 9:00 a.m. in the Courtroom of The Honorable William B. Shubb** and that Defendant MIKHAIL VOLOVNIKOV personally appear before this Court, on the above date and time.

SO ORDERED.

Dated: July 25, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE