LAW OFFICES OF
DANIEL V. BEHESNILIAN
DANIEL V. BEHESNILIAN, ESQ., State Bar No. 075805
8665 Wilshire Blvd., Suite 410
Beverly Hills, Ca. 90211
Tel: (310) 854-6972
Fax: (310) 854-0128

Attorneys for Defendant MIKHAIL VOLOVNIKOV

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No: CR 03-346 WBS** |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING FROM SEPTEMBER 7, 2005 TO NOVEMBER 30, 2005; [PROPOSED] ORDER |
| vs. | |
| MIKHAIL VOLOVNIKOV, | |
| Defendant. | |

**STIPULATION**

   WHEREFORE, upon showing of good cause, the UNITED STATES OF AMERICA, represented by DANIEL S. LINHARDT, Assistant United States Attorney, and Defendant MIKHAIL VOLOVNIKOV, represented by DANIEL V. BEHESNILIAN, do hereby stipulate to the following:

   That, this matter is currently set for Sentencing Hearing on September 7, 2005, at 9:00 a.m., before the Honorable William B. Shubb;

   That, counsel for Defendant and the Government have been, and continue to be, engaged in ongoing plea discussion and as such will

1  require additional time for a potential disposition in this matter.

2  That, based on the foregoing, this matter be continued to
3  **November 30, 2005 at 9:00 a.m**. or thereafter as convenient to the
4  Court.

5  That, Defendant personally appear for sentencing on November 30,
6  2005, or to a date thereafter as convenient to the Court.

7  SO STIPULATED.

8  Dated: August 30, 2005                     Signature authorized by Mr.
                                               Linhardt via telephone on
9                                              8/25/05
                                               ____/s/ Daniel S. Linhardt
10                                             DANIEL S. LINHARDT
                                               Assistant U.S. Attorney
11

12 Dated: August 30, 2005                     ___/s/ Daniel V. Behesnilian
                                               DANIEL V. EHESNILIAN
13                                             Attorney for Defendant
                                               MIKHAIL VOLOVNIKOV
14

15

16                                    **ORDER**

17   GOOD CAUSE NOW appearing, it is hereby ordered that this matter
18 be set for a hearing for the purposes of Sentencing on **November 30,**
19 **2005, at 9:00 a.m. in the Courtroom of The Honorable William B. Shubb**
20 and that Defendant MIKHAIL VOLOVNIKOV personally appear before this
21 Court, on the above date and time.

22   SO ORDERED.

23

24                          _William B. Shubb_
                            WILLIAM B. SHUBB
25                          UNITED STATES DISTRICT JUDGE

26 Dated:  August 31, 2005

27

28

2
STIPULATION AND ORDER