LAW OFFICES OF
DANIEL V. BEHESNILIAN
DANIEL V. BEHESNILIAN, ESQ., State Bar No. 075805
8665 Wilshire Blvd., Suite 410
Beverly Hills, Ca. 90211
Tel: (310) 854-6972
Fax: (310) 854-0128

Attorneys for Defendant MIKHAIL VOLOVNIKOV

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **Case No: CR 03-346 WBS** |
| ) | |
| Plaintiff, ) | STIPULATION FOR DEFENDANT TO TRAVEL FROM 10/8/05 TO 10/16/05; [PROPOSED] ORDER |
| vs. ) | |
| ) | |
| MIKHAIL VOLOVNIKOV, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**STIPULATION**

    WHEREFORE, the UNITED STATES OF AMERICA, represented by DANIEL S. LINHARDT, Assistant United States Attorney, and Defendant MIKHAIL VOLOVNIKOV, represented by DANIEL V. BEHESNILIAN, do hereby stipulate to the following:

    That, matter is currently set for sentencing hearing on November 30, 2005 at 9:00 a.m.

    That, Defendant VOLOVNIKOV is out of custody and on bond pending sentencing.

    That, Defendant VOLOVNIKOV be granted permission to travel on the

Norwegian Star Cruise Line, to Acapulco, Zhuatanejo/Ixtapa, Puerto Vallarta, and Cabo San Lucas, Mexico, from the period of October 8, 2005 up to and including October 16, 2005, which dates are prior to the currently scheduled sentencing hearing date.

SO STIPULATED.

Dated: Oct. 6, 2005

Signature authorized by Mr. Linhardt via telephone on 10/04/05
_____/s/_____
DANIEL S. LINHARDT
Assistant U.S. Attorney

Dated: Oct. 6, 2005

_____/s/_____
DANIEL V. BEHESNILIAN
Attorney for Defendant
MIKHAIL VOLOVNIKOV

## ORDER

GOOD CAUSE NOW APPEARING, it is hereby ordered that Defendant MIKHAIL VOLOVNIKOV be granted permission to travel on the Norwegian Star Cruise Line, to Acapulco, Zhuatanejo/Ixtapa, Puerto Vallarta, and Cabo San Lucas, Mexico, from the period of October 8, 2005 up to and including October 16, 2005.

SO ORDERED.

Dated: October 7, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE