**LAW OFFICES OF**
**DANIEL V. BEHESNILIAN**
DANIEL V. BEHESNILIAN, ESQ., State Bar No. 075805
8665 Wilshire Blvd., Suite 410
Beverly Hills, Ca. 90211
Tel: (310) 854-6972
Fax: (310) 854-0128

Attorneys for Defendant MIKHAIL VOLOVNIKOV

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | ) | **Case No: CR 03-346 WBS** |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING HEARING FROM NOVEMBER 30, 2005 TO JANUARY 11, 2006; [PROPOSED] ORDER |
| vs. | ) | |
| MIKHAIL VOLOVNIKOV, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

WHEREFORE, upon showing of good cause, the UNITED STATES OF AMERICA, represented by DANIEL S. LINHARDT, Assistant United States Attorney, and Defendant MIKHAIL VOLOVNIKOV, represented by DANIEL V. BEHESNILIAN, do hereby stipulate to the following:

That, this matter is currently set for Sentencing Hearing on November 30, 2005, at 9:00 a.m., before the Honorable William B. Shubb;

That, counsel for Defendant and the Government have been, and continue to be, engaged in ongoing plea discussion and as such will

require additional time for a potential disposition in this matter.

That, based on the foregoing, this matter be continued to **January 11, 2006 at 9:00 a.m**. or thereafter as convenient to the Court.

That, Defendant personally appear for sentencing on January 11, 2006, or to a date thereafter as convenient to the Court.

SO STIPULATED.

Dated: November 22, 2005                Signature authorized by Mr. Linhardt via telephone on 11/21/05
                                        ____/s/ Daniel S. Linhardt
                                        DANIEL S. LINHARDT
                                        Assistant U.S. Attorney

Dated: November 22, 2005                ___/s/ Daniel V. Behesnilian
                                        DANIEL V. EHESNILIAN
                                        Attorney for Defendant
                                        MIKHAIL VOLOVNIKOV

**ORDER**

GOOD CAUSE NOW appearing, it is hereby ordered that this matter be set for a hearing for the purposes of Sentencing on **January 11, 2006, at 9:00 a.m. in the Courtroom of The Honorable William B. Shubb** and that Defendant MIKHAIL VOLOVNIKOV personally appear before this Court, on the above date and time.

SO ORDERED.

Dated:   November 22, 2005

_/s/ William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE