**LAW OFFICES OF**
**DANIEL V. BEHESNILIAN**
DANIEL V. BEHESNILIAN, ESQ., State Bar No. 075805
8665 Wilshire Blvd., Suite 410
Beverly Hills, Ca. 90211
Tel: (310) 854-6972
Fax: (310) 854-0128

Attorneys for Defendant MIKHAIL VOLOVNIKOV

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | ) | **Case No: CR 03-346 WBS** |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING HEARING FROM |
| vs. | ) | JANUARY 11, 2006 to |
| | ) | MARCH 23, 2006; |
| MIKHAIL VOLOVNIKOV, | ) | [PROPOSED] ORDER |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

WHEREFORE, upon showing of good cause, the UNITED STATES OF AMERICA, represented by DANIEL S. LINHARDT, Assistant United States Attorney, and Defendant MIKHAIL VOLOVNIKOV, represented by DANIEL V. BEHESNILIAN, do hereby stipulate to the following:

That, this matter is currently set for Sentencing Hearing on January 11, 2006, at 9:00 a.m., before the Honorable William B. Shubb;

That, counsel for Defendant and the Government have been, and continue to be, engaged in ongoing plea discussion and as such will

require additional time for a potential disposition in this matter.

That, based on the foregoing, this matter be continued to **March 23, 2006 at 2:00 p.m.** or thereafter as convenient to the Court.

That, Defendant personally appear for sentencing on March 23, 2006, or to a date thereafter as convenient to the Court.

SO STIPULATED.

Dated: January 6, 2006					Signature authorized by Mr. Linhardt via telephone on 01/06/06
							/s/Daniel S. Linhardt
							DANIEL S. LINHARDT
							Assistant U.S. Attorney

Dated: January 6, 2006					/s/Daniel V. Behesnilian
							DANIEL V. BEHESNILIAN
							Attorney for Defendant
							MIKHAIL VOLOVNIKOV

### ORDER

GOOD CAUSE NOW appearing, it is hereby ordered that this matter be set for a hearing for the purposes of Sentencing on **March 23, 2006, at 2:00 p.m. in the Courtroom of The Honorable William B. Shubb** and that Defendant MIKHAIL VOLOVNIKOV personally appear before this Court, on the above date and time.

SO ORDERED.

Dated: January 9, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE