**LAW OFFICES OF**
**DANIEL V. BEHESNILIAN**
DANIEL V. BEHESNILIAN, ESQ., State Bar No. 075805
8665 Wilshire Blvd., Suite 410
Beverly Hills, Ca. 90211
Tel: (310) 854-6972
Fax: (310) 854-0128

Attorneys for Defendant MIKHAIL VOLOVNIKOV

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | ) | **Case No: CR 03-346 WBS** |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING HEARING FROM MARCH 22, 2006 TO JUNE 7, 2006; [PROPOSED] ORDER |
| vs. | ) | |
| MIKHAIL VOLOVNIKOV, | ) | |
| Defendant. | ) | |

**STIPULATION**

WHEREFORE, upon showing of good cause, the UNITED STATES OF AMERICA, represented by LAURA LYNN FERRIS, Assistant United States Attorney, and Defendant MIKHAIL VOLOVNIKOV, represented by DANIEL V. BEHESNILIAN, do hereby stipulate to the following:

That, this matter is currently set for Sentencing Hearing on March 22, 2006, at 9:00 a.m., before the Honorable William B. Shubb;

That, counsel for Defendant and the Government are continuing to have discussions regarding an appropriate sentence for this Defendant

1 | and require additional time to accomplish this.

2 | That, based on the foregoing, this matter be continued to **June 7, 2006 at 9:00 a.m.** or thereafter as convenient to the Court.

That, Defendant personally appear for sentencing on June 7, 2006, or to a date thereafter as convenient to the Court.

SO STIPULATED.

Dated: March 17, 2006               Signature authorized by Ms.
                                    Laura Lynn Ferris via
                                    telephone on 03/17/06
                                         /s/ Laura Lynn Ferris
                                    LAURA LYNN FERRIS
                                    Assistant U.S. Attorney


Dated: March 17, 2006                  /s/ Daniel V. Behesnilian
                                    DANIEL V. BEHESNILIAN
                                    Attorney for Defendant
                                    MIKHAIL VOLOVNIKOV



### ORDER

GOOD CAUSE NOW appearing, it is hereby ordered that this matter be set for a hearing for the purposes of Sentencing on **June 7, 2006, at 9:00 a.m. in the Courtroom of The Honorable William B. Shubb** and that Defendant MIKHAIL VOLOVNIKOV personally appear before this Court, on the above date and time.

SO ORDERED.

Dated:  March 18, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE