**LAW OFFICES OF**
**DANIEL V. BEHESNILIAN**
DANIEL V. BEHESNILIAN, ESQ., State Bar No. 075805
8665 Wilshire Blvd., Suite 410
Beverly Hills, Ca. 90211
Tel: (310) 854-6972
Fax: (310) 854-0128

Attorneys for Defendant MIKHAIL VOLOVNIKOV

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **Case No: CR 03-346 WBS** |
| ) | |
| ) | STIPULATION TO CONTINUE |
| Plaintiff, ) | SENTENCING HEARING FROM |
| ) | AUGUST 23, 2006 TO |
| vs. ) | OCTOBER 18, 2006; ORDER |
| ) | |
| MIKHAIL VOLOVNIKOV, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**STIPULATION**

WHEREFORE, upon showing of good cause, the UNITED STATES OF AMERICA, represented by LAURA LYNN FERRIS, Assistant United States Attorney, and Defendant MIKHAIL VOLOVNIKOV, represented by DANIEL V. BEHESNILIAN, do hereby stipulate to the following:

That, this matter is currently set for Sentencing Hearing on August 23, 2006, at 9:00 a.m., before the Honorable William B. Shubb;

That, Defendant has recently undergone two (2) surgeries relating to prostate cancer and has not yet rehabilitated completely and is not

1  fully recovered and is very weak.

2  That, counsel for Defendant and the Government are continuing to
3  have discussions regarding an appropriate sentence for this Defendant
4  and require additional time to accomplish this.

5  That, based on the foregoing, this matter be continued to
6  **October 18, 2006 at 9:00 a.m.** or thereafter as convenient to the
7  Court.

8  That, Defendant personally appear for sentencing on October 18,
9  2006, or to a date thereafter as convenient to the Court.

10  That, Defendant hereby waives time until October 18, 2006 and
11  that, speedy trial time is to be excluded from August 23, 2006 through
12  the next hearing date on October 18, 2006, pursuant to 18 U.S.C.
13  Section 3161(h)(8)(iv).

14  SO STIPULATED.

15  Dated: August 18, 2006                     Signature authorized by Ms.
                                               Laura Lynn Ferris via e-mail
16                                             on 8/18/06
                                                 /s/ Laura Lynn Ferris
17                                             LAURA LYNN FERRIS
                                               Assistant U.S. Attorney
18

19  Dated: August 18, 2006                       /s/ Daniel V. Behesnilian
                                               DANIEL V. BEHESNILIAN
20                                             Attorney for Defendant
                                               MIKHAIL VOLOVNIKOV
21

22

23                                  **ORDER**

24  GOOD CAUSE NOW appearing, it is hereby ordered that this matter
25  be set for a hearing for the purposes of Sentencing on **October 18,**
26  **2006, at 9:00 a.m. in the Courtroom of The Honorable William B. Shubb**
27  and that Defendant MIKHAIL VOLOVNIKOV personally appear before this
28  Court, on the above date and time.

1   It is further ordered that speedy trial time is to be excluded
2   from August 23, 2006 through the next hearing date on October 18,
3   2006, pursuant to 18 U.S.C. Section 3161(h)(8)(iv).
4   SO ORDERED.
5   Dated: August 21, 2006

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE