**LAW OFFICES OF**
# DANIEL V. BEHESNILIAN
DANIEL V. BEHESNILIAN, ESQ., State Bar No. 075805
8665 Wilshire Blvd., Suite 410
Beverly Hills, Ca. 90211
Tel: (310) 854-6972
Fax: (310) 854-0128


Attorneys for Defendant MIKHAIL VOLOVNIKOV




## IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   vs.<br><br>MIKHAIL VOLOVNIKOV,<br><br>              Defendant.<br>_____ | Case No: 2:03CR00346<br><br>STIPULATION TO CONTINUE MOTION TO TERMINATION PROBATION FROM October 5, 2009 to November 2, 2009; ORDER |




## STIPULATION

WHEREFORE, upon showing of good cause, the UNITED STATES OF AMERICA, represented by JARED DOLAN, Assistant United States Attorney, and Defendant, MIKHAIL VOLOVNIKOV, represented by DANIEL V. BEHESNILIAN, do hereby stipulate to the following:

That, this matter is currently set for motion hearing on October 5, 2009 at 8:30 a.m.

That, defense counsel and counsel for the government have

1

1 | conferred and have stipulated to have this matter be continued in

2 | order to assist defense counsel in a scheduling conflict that has

3 | recently arisen.

4 |     That, this matter be continued to November 2, 2009 at 8:30 a.m.

5 |     That, Defendant is knowingly consenting to this stipulation

6 | setting the hearing of this motion for November 2, 2009.

7 |

8 |     SO STIPULATED.

                         Authorization for
Dated: September 28, 2009      Mr. Dolan's signature
obtained via phone conversation
on September 28, 2009

/s/Jared Dolan
JARED DOLAN
Assistant U.S. Attorney


Dated: September 28, 2009      /S/Daniel V. Behesnilian
DANIEL V. BEHESNILIAN
Attorney for Defendant
MIKHAIL VOLOVNIKOV

**ORDER**

STIPULATION AND ORDER

GOOD CAUSE NOW appearing, it is hereby ordered that the hearing in this matter currently set for October 5, 2009 be continued to **November 2, 2009, at 8:30 a.m.** on the above date and time for the purpose of the hearing.

SO ORDERED.

Dated:  October 1, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER