LAW OFFICES OF
DANIEL V. BEHESNILIAN
DANIEL V. BEHESNILIAN, ESQ., State Bar No. 075805
8665 Wilshire Blvd., Suite 410
Beverly Hills, Ca. 90211
Tel: (310) 854-6972
Fax: (310) 854-0128

Attorneys for Defendant MIKHAIL VOLOVNIKOV

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | ) | **Case No: 2:03CR00346** |
|---|---|---|
| | ) | |
| | ) | STIPULATION TO CONTINUE |
| Plaintiff, | ) | MOTION TO TERMINATE |
| | ) | PROBATION from November |
| vs. | ) | 2,2009 to January |
| | ) | 4,2010 and Proposed |
| MIKHAIL VOLOVNIKOV, | ) | ORDER |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

WHEREFORE, upon showing of good cause, the UNITED STATES OF AMERICA, represented by JARED DOLAN, Assistant United States Attorney, and Defendant, MIKHAIL VOLOVNIKOV, represented by DANIEL V. BEHESNILIAN, do hereby stipulate to the following:

That, this matter is currently set for motion hearing on November 2, 2009 at 8:30 a.m.

That, defense counsel and counsel for the government have

1  conferred with each other as well as the Probation Department in
2  connection with entering into a possible stipulation for Early
3  Termination of Probation and have decided that additional time
4  is required to finalize those conditions which need to be
5  met for all parties to agree and submit the motion to the Court
6  for final decision possibly without hearing.
7       For this reason, the parties agree and stipulate that the Motion
8  be continued to a date so that a final Stipulation may be submitted.
9       SO STIPULATED.

Dated: October 29, 2009          Authorization for
                                 Mr. Dolan's signature
                                 obtained via phone conversation
                                 on October 29, 2009

                                 /s/Jared Dolan
                                 JARED DOLAN
                                 Assistant U.S. Attorney


Dated: October 29, 2009          /S/Daniel V. Behesnilian
                                 DANIEL V. BEHESNILIAN
                                 Attorney for Defendant
                                 MIKHAIL VOLOVNIKOV

**ORDER**

GOOD CAUSE NOW appearing, it is hereby ordered that the hearing in this matter currently set for November 2, 2009 be continued to **January 4, 2010 at 8:30 a.m.** on the above date and time for the purpose of the hearing.

SO ORDERED.

Dated: October 30, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER